# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MARVIN SOSA, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 15-1061 (RC) |
| | : | | |
| v. | : | Re Document No.: | 19 |
| | : | | |
| DC NARVEER, INC., *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO SET ASIDE CLERK'S DEFAULT

Upon Consideration of the Parties' Joint Motion for Approval of Settlement Agreement and to Set Aside Entry of Default, *see* ECF No. 19, it is hereby **ORDERED** that the Motion is **GRANTED**, and that, upon *in camera* review of the Settlement Agreement and Release, the Court determines that the Settlement Agreement entered into by the Parties following Court assisted mediation, is fair, reasonable and adequate. It is **FURTHER ORDERED** that the Court finds good cause to set aside the entry of default and, by this order, directs that it be set aside.

This case is hereby dismissed with prejudice.

**SO ORDERED.**

Dated: December 3, 2015                                                                    RUDOLPH CONTRERAS
                                                                                                              United States District Judge